GERTRUDE SULLIVAN

*vs.*

FRANK NOVAK AND FLORENCE NOVAK.

*Trusts: invalid; title by adverse possession.*

Where legatees to whom invalid devises of land have been made have entered upon the property and exercised exclusive rights of possession over it, openly, notoriously and adversely, for a period exceeding that necessary to give title by adverse possession, they may acquire title by adverse possession, and an otherwise valid contract for the sale of the property may be specifically enforced.

*Decided May 5th, 1916.*

Appeal from Circuit Court No. 2 of Baltimore City. (HEUISLER, J.) The facts are substantially the same as in the case of *Novak v. Orphans' Home, Etc.,* 123 Md. 166.

The cause was argued before BOYD, C. J., BRISCOE, BURKE, THOMAS, PATTISON, URNER, STOCKBRIDGE and CONSTABLE, JJ.

*W. Herman Siskind,* for the appellant.

*John M. Requardt,* for the appellees.

CONSTABLE, J., delivered the opinion of the Court of Appeals affirming the decree of the lower Court.